United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOLDS, | No. C 11-4633 WHA (PR) |
| Petitioner, | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. / | (Docket No. 2) |

A second order to show cause (docket number 6) was inadvertently entered in this matter on October 28, 2011, and it is, accordingly, is **VACATED**. The order to show cause dated October 5, 2011 (docket number 5) remains in effect.

**IT IS SO ORDERED.**

Dated: October    31   , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\TOLDS4633.VAC.wpd