IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOLDS,<br><br>        Petitioner,<br><br>  v.<br><br>GARY SWARTHOUT,<br><br>        Respondent. | No. C 11-4633 WHA (PR)<br><br>**ORDER DISMISSING UNEXHAUSTED CLAIM AND TO SHOW CAUSE** |

      This is a habeas case filed pro se by a state prisoner. Respondent's motion to dismiss the complaint because one of the three remaining claims is unexhausted. Petitioner was given three choices: (1) to dismiss this petition with an eye to exhausting and then filing another federal petition; (2) to amend the petition to dismiss the unexhausted issue, and proceed with the two issues that are exhausted; or (3) to ask for a stay of this case while he returns to state court to attempt to exhaust the second claim, and then, if unsuccessful in state court, return here and ask that the stay be lifted. Petitioner has indicated that he wants to pursue the second choice by dismissing the unexhausted claim and pursuing the two exhausted claims. Accordingly, Petitioner's unexhausted claim of prosecutorial misconduct is **DISMISSED**.

      Respondent shall file with the court and serve on petitioner, within ninety-one days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on Petitioner's two exhausted claims – asserting insufficient evidence and errors

in the jury instructions.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within twenty-eight days of the date the answer is filed.

**IT IS SO ORDERED.**

Dated: June __14__, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\TOLDS4633.OSC2.wpd

2